UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JASON EVANS,

                                    Plaintiff,

               -against-

THE CITY OF NEW YORK, N.Y.C. POLICE OFFICER
HECTOR LOPEZ, SHIELD #10446, and N.Y.C. POLICE
OFFICERS "JOHN DOE(S)", EACH SUED
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY

                                    Defendants.

------------------------------------------------------------------- x

STIPULATION OF
EXTENSION OF TIME TO
ANSWER

07 Civ. 3757 (MGC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6·15 2007

       **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the defendants', the City of New York and Police Officer Hector Lopez, Shield #10446[1], time to answer or otherwise respond to the complaint in this action is enlarged by sixty (60) days, to and including August 13, 2007.

---

[1] The Office of the Corporation Counsel of the City of New York has not discussed with defendant Lopez the manner of service, and makes no representation herein as to the adequacy of process of defendant Lopez. Although the Corporation Counsel does not currently represent Police Officer Hector Lopez, Shield #10446, and assuming he was properly served, the Corporation Counsel respectfully requests this extension on his behalf in order that his defenses are not jeopardized while representational issues are being decided.

Dated:  New York, New York
        June 13, 2007

STEVEN HOFFNER, ESQ.
Attorney for Plaintiff
350 Broadway, Suite 1105
New York, New York 10013
(212) 941-8330

By: _____
    Steven Hoffner, Esq (SH- 0585)

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendant City of New York
100 Church Street,
New York, New York 10007
(212) 788-0422

By: _____
    Basil C. Sitaras (BS-1027)
    Assistant Corporation Counsel
    Special Federal Litigation Division

SO ORDERED:

_____
HONORABLE MIRIAM GOLDMAN CEDARBAUM
UNITED STATES DISTRICT JUDGE

June 14, 2007