UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JASON EVANS,

                                 Plaintiff,

         -against-

THE CITY OF NEW YORK, N.Y.C. POLICE OFFICER
HECTOR LOPEZ, SHIELD # 10446, AND N.Y.C.
POLICE OFFICERS "JOHN DOE(S)," EACH SUED
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,

                                 Defendants.

**NOTICE OF APPEARANCE**

07 CV 3757 (MGC)

(filed by ECF)

------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that Susan P. Scharfstein hereby enters an appearance for defendants City of New York and Hector Lopez, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo. Please forward any notices concerning this case to the undersigned.

       I certify that I am admitted to practice before this Court.

Dated:      New York, New York
               November 8, 2007

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel of the
                                                City of New York
                                              Attorney for Defendants City of New York and
                                              Hector Lopez
                                              100 Church Street
                                              New York, New York  10007
                                              (212) 227-4071
                                              sscharfs@law.nyc.gov

                                  By:            /S/
                                              SUSAN P. SCHARFSTEIN